423 A.2d 1305

Commonwealth v. Biancone, Appellant.

Submitted March 23, 1979. William R. Bernhart, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

423 A.2d 1305

Commonwealth v. Braxton, Appellant.

Reargument Denied Jan. 8, 1980.

Submitted December 8, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Affirmed.